**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 100.16.123.235**

**ISP:** Verizon Fios
**Physical Location:** Windsor Mill, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/30/2018 04:40:26 | 3311AEAD7B82A383B1C9A5898A94EA1D96CBF745 | Hot Coffee |
| 01/10/2018 08:20:43 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |
| 10/08/2017 05:41:09 | 2551912EB3480FB6DB00A6EA2BA637AA4C59D3EF | Piano Concerto |
| 02/20/2017 05:41:25 | EA2F26BB9B0C0C8C4810BBBE2CAA6D0AC7010BCE | Caprice Swaps Cocks |

**Total Statutory Claims Against Defendant: 4**