**Copyrights-In-Suit for IP Address 100.16.123.235**

**ISP:** Verizon Fios
**Location:** Windsor Mill, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Hot Coffee | PENDING | 12/30/2017 | 01/03/2018 | 01/30/2018 |
| Would You Fuck My Girlfriend | PENDING | 11/10/2017 | 11/28/2017 | 01/10/2018 |
| Piano Concerto | PA0002086118 | 09/15/2017 | 10/11/2017 | 10/08/2017 |
| Caprice Swaps Cocks | PA0002036760 | 09/17/2016 | 12/04/2016 | 02/20/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  4**

EXHIBIT B

MD666